IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARBOR FINANCE PARTNERS, derivatively on behalf of CONAGRA FOODS, INC., | ) ) ) ) | 4:01CV3255 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| BRUCE C. ROHDE, CHARLES M. HARPER, CARL E. REICHARDT, RONALD W. ROSKENS, MARJORIE M. SCARDINO, WALTER SCOTT, JR., KENNETH E. STINSON, MOGENS C. BAY, ROBERT A. KRANE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| CONAGRA FOODS, INC., | ) ) | |
| Nominal Defendant. | ) | |

This matter is before the court on a stipulated motion to extend brief deadline (filing 47). I find that the motion should be granted.

IT IS ORDERED that the motion in filing 47 is granted and Plaintiff shall have until June 18, 2005 to file its brief in opposition to the pending motion to dismiss.

May 18, 2005.

BY THE COURT:

s/Richard G. Kopf
United States District Judge