IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARBOR FINANCE PARTNERS, derivatively on behalf of CONAGRA FOODS, INC., | ) ) ) ) | 4:01CV3255 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| BRUCE C. ROHDE, CHARLES M. HARPER, CARL E. REICHARDT, RONALD W. ROSKENS, MARJORIE M. SCARDINO, WALTER SCOTT, JR., KENNETH E. STINSON, MOGENS C. BAY, ROBERT A. KRANE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| CONAGRA FOODS, INC., | ) ) | |
| Nominal Defendant. | ) | |

The court has been advised by the parties in the above-captioned matter that they have reached a settlement of their claims. A motion to dismiss (filing 43) is pending. I find that the motion for summary judgment should be denied as moot since the parties have reached settlement.

IT IS ORDERED that the pending Motion to Dismiss (filing 43) is denied as moot.

June 14, 2005.                    BY THE COURT:

                                  s/Richard G. Kopf
                                  United States District Judge