IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARBOR FINANCE PARTNERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRUCE C. ROHDE, CHARLES M. ) <br> HARPER, CARL E. REICHARDT, ) <br> RONALD W. ROSKENS, MARJORIE ) <br> M. SCARDINO, WALTER SCOTT JR, ) <br> KENNETH E. STINSON, MOGENS C. ) <br> BAY, ROBERT A. KRANE, and ) <br> CONAGRA, INC., ) <br> ) <br> Defendants. ) <br> ) | 4:01CV3255 <br><br> ORDER |

The Clerk's Office has requested that Document Number 60 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 60 from the record. The party has re-filed the document as Document Number 61.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge